UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEEKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN W. HAVILAND,<br>Warden,<br>　　　　　Respondent. | Case No. CV 10-3109-JST (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto, de novo. The Court notes a typographical error on page 8, line 12. The ninety-nine day calculation shall be corrected to properly state 123 days. With that exception, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting
2 this Report and Recommendation; (2) granting Respondent's Motion to Dismiss
3 the Petition as untimely; and (3) directing that Judgment be entered denying the
4 Petition and dismissing this action with prejudice.

7 DATED: April 12, 2011

                              HONORABLE JOSEPHINE STATON TUCKER
                              United States District Judge