# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIILLIAM MEEKS,<br><br>              Petitioner,<br>   v.<br><br>JOHN W. HAVILAND, Warden,<br><br>              Respondent. | Case No. CV 10-3109-JST (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 12, 2011     **JOSEPHINE STATON TUCKER**

                                        HONORABLE JOSEPHINE STATON TUCKER
                                        United States District Judge

Prepared by:

*[signature]*

HONORABLE OSWALD PARADA
United States Magistrate Judge